PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Mitchell Fishman                    Cr.: 2:08 CR 533-1
                                                      PACTS #: 52176

Name of Sentencing Judicial Officer: Honorable Jose L. Linares
                                     United States District Court Judge

Date of Original Sentence: January 21, 2010

Original Offense: Conspiracy to Commit Wire Fraud.

Original Sentence: Imprisonment - 18 months; Supervised Release - 3 years; Special Assessment - $100; Restitution - $1,008,279.00

Type of Supervision: Supervised Release          Date Supervision Commenced: August 15, 2011

## STATUS REPORT

U.S. Probation Officer Action:

On January 21, 2010, the offender was sentenced by Your Honor to 18 months imprisonment to be followed by 3 years of supervised release. The following special conditions were imposed: Substance abuse testing, alcohol treatment, full financial disclosure, restriction of possession of any real estate, no new debt/credit, and DNA collection. He was also ordered to pay a $100 special assessment and $1,008,279.00 in restitution.

Mr. Fishman currently resides in West Windsor, New Jersey. He has been employed with Unimac Graphics since July of 2011. We believe that Mr. Fishman has paid the court-ordered restitution to the best of his financial ability. To date, he has paid $10,855.06 ($16,939.90 has been paid in total by all of the co-defendants) towards his restitution obligation. It should be noted that should his term of supervision expire as scheduled, his case will be referred to the U.S. Attorney's Office, Financial Litigation Unit, for collection.

**Recommendation:** It is respectfully requested that Your Honor take no further action and allow Mr. Fishman's term of supervision to expire as scheduled on August 14, 2014.

Respectfully submitted,

Barbara R. Kerrigan
Supervising U.S. Probation Officer
Date: July 16, 2014

PROB 12A - Page 2
Mitchell Fishman

[X] Concur with the Recommendation of the U.S. Probation Office. Supervision to Expire on August 14, 2014.
[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

_____
Signature of Judicial Officer

7/22/14
_____
Date